UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WOECK,<br><br>    Plaintiff,<br><br>v.<br><br>ABB, INC., et al.,<br><br>    Defendants. | No. 2:18-cv-1472<br><br>NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION)<br><br>King County Cause No. 18-2-19966-2 SEA<br><br>JURY DEMANDED PURSUANT<br><br>TO FRCP 38 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON:

PLEASE TAKE NOTICE that Defendant CBS CORPORATION (hereinafter "Westinghouse" or "Removing Defendant") hereby removes this civil action to the United States District Court for the Western District of Washington from the Superior Court of the State of Washington in and for the County of King pursuant to 28 U.S.C. §§ 1331, 1442, and 1446, whereby this Court has subject matter jurisdiction because of the claims with respect to persons acting under an officer or agency of the United States. The grounds for removal are more particularly stated as follows:

1.  The above-entitled action was commenced in the Superior Court of King County, State of Washington, on August 8, 2018. *See* Attachment A, filed concurrently herewith. Plaintiff Michael

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 1

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

1    R. Woeck filed this lawsuit against Westinghouse and 22 other Defendants, based on the allegations that Mr. Woeck was exposed to asbestos from Defendants' products. Plaintiff alleges that Mr. Woeck worked as a shipfitter, welder, and electrical contractor at Marine Power & Equipment starting in 1968. The Complaint further alleges Mr. Woeck work on or with crews tasked with scrapping or re-powering United States Army or United States Navy-owned vessels, including but not limited to World War II era vessels and vessels with hull classification codes: LSD, ARL, and ATA. According to the Complaint, Mr. Woeck continued to work on U.S. Navy-owned vessels and other commercial vessels through the 1980s. While the Complaint made affirmative reference to work aboard commercial vessels, it did not make a specific allegation as to exposure to asbestos from a turbine made by Westinghouse aboard a U.S. Navy-owned vessel. Westinghouse was served with the Summons and Complaint on August 14, 2018.

2.    On September 7, 2018, Removing Defendant received Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant CBS Corporation. Attached thereto, was Exhibit 1, which purported to be a list of vessels and/or locations where Plaintiff Woeck worked during his career. This list set forth the names of specific United States Navy vessels at issue in this case. *See* Exhibit 1 to Declaration of Alice C. Serko in Support of CBS Corporation's Notice of Removal from State Court ("Serko Decl.").

3.    This Notice of Removal is being filed within thirty (30) days after Removing Defendant received "Exhibit 1" attached to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant CBS Corporation, served on September 7, 2018, which sets forth the basis for Removing Defendant's removal under 28 U.S.C. §1446(b). *See* Serko Decl.

4.    Upon information and belief, Westinghouse manufactured various equipment for use on U.S. Navy vessels, including the USS Poseidon (ARL-12) and the USS Oak Hill (LSD-7), pursuant to contracts and specifications executed and controlled by the U.S. Navy, including turbines and turbine related equipment. The basis for removal is that, in the manufacture and sale of turbines, generators, boilers, and/or other equipment for the U.S. Navy, Removing Defendant was acting under

NOTICE OF REMOVAL FROM STATE COURT UNDER
28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 2

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

1  an officer or agency of the United States within the meaning of 28 U.S.C. § 1442(a)(1).

2       5.    Removing Defendant is not required to notify and obtain the consent of any other Defendant in this action for removal under § 1442(a)(1). *See e.g., Ely Valley Mines, Inc. v. Hartford Accident Indemnity Co.*, 644 F2d 1310, 1315 (9th Cir. 1981); *National Audubon Society v. Department of Water & Power of the City of Los Angeles*, 496 F. Supp. 499, 509 (C.D. Cal. 1980).

     6.    Should Plaintiff file a motion to remand this case, Removing Defendant respectfully requests an opportunity to respond more fully in writing in accordance with LCR 7(d)(3), but offers the following authorities at this time:

    a. As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500, 504 (1988), Removing Defendant has a federal defense to this action, *i.e.*, government contractor immunity from liability for injuries arising from any exposure to asbestos related to equipment on board U.S. Navy vessels, insofar as they were constructed or repaired by Removing Defendant. Removal pursuant to 28 U.S.C. § 1442(a)(1) is appropriate where the moving party can (1) demonstrate that it acted under the direction of a federal officer, (2) raise a colorable federal defense to Plaintiff's claims, and (3) demonstrate a causal nexus between Plaintiff's claims and acts it performed under color of federal office. *Mesa v. California*, 489 U.S. 121,124-25,129-31,134-35 (1989).

    b. This case is removable under the authority cited above. In constructing its marine steam turbines and/or turbine related equipment for the U.S. Navy, Removing Defendant acted under the direction of a federal officer. Consequently, removal is appropriate.

    c. A properly removed case cannot be remanded for discretionary or policy reasons such as allegedly related State court cases or a contention that judicial economy compels remand. 28 U.S.C. § 1447(c); *Thermtron Products, Inc. v. Hermansdorfer*, 423 U.S. 336 (1976). The federal officer removal statute is not narrow or limited, and it should

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 3

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

not be frustrated by a narrow or grudging interpretation of § 1442(a)(l). *Willingham v. Morgan*, 395 U.S. 402, 405 (1960).

7. A copy of the operative Complaint and Jury Demand are being filed herewith pursuant to LCR 101(b) as Attachment A and B, respectively.

8. As required by 28 U.S.C. § 1446(b) and the local rules of this Court, true and correct copies of the State Court process and pleadings served upon Removing Defendant will be filed within fourteen (14) days of the filing of this Notice of Removal.

9. Immediately upon filing of this Notice of Removal, Removing Defendant will file a copy of the Notice of Removal with the Clerk of the King County Superior Court, and will provide written notice to counsel for Plaintiff and Defendants in accordance with 28 U.S.C. § 1446(d).

10. By seeking removal, Removing Defendant does not waive any defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, or service of process.

INTRADISTRICT ASSIGNMENT [LCR 3(e)]

Plaintiff filed the Complaint in King County Superior Court.

WHEREFORE, Removing Defendant respectfully requests that this action now pending in the King County Superior Court be removed to this Court and that further proceedings be conducted in this Court as provided by law.

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 4

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

| | | |
|---|---|---|
| 1 | DATED this 5th day of October, 2018. | TANENBAUM KEALE, LLP |

DATED this 5th day of October, 2018.   TANENBAUM KEALE, LLP

By: s/Christopher S. Marks
By: s/Malika Johnson
By: s/Alice C. Serko
Christopher S. Marks, WSBA #28634
Malika Johnson, WSBA #39608
Alice C. Serko, WSBA #45992

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   cmarks@tktrial.com
          mjohnson@tktrial.com
          aserko@tktrial.com
          seattle.asbestos@tktrial.com

Attorneys for CBS Corporation

NOTICE OF REMOVAL FROM STATE COURT UNDER
28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL
QUESTION) - 5

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

## **CERTIFICATE OF SERVICE**

1    I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Matthew P. Bergman<br>Ruby K. Aliment<br>BERGMAN DRAPER OSLUND, PLLC<br>821 – 2nd Avenue, Suite 2100<br>Seattle, WA  98104<br>Telephone: (206) 957-9510<br>Email: matt@bergmanlegal.com<br>ruby@bergmanlegal.com<br>service@bergmanlegal.com<br>***Attorneys for Plaintiff*** | Christopher Marks<br>Malika Johnson<br>Alice Serko<br>TANENBAUM KEALE, LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle WA 98101<br>(206) 889-5150<br>Email:   cmarks@tktrial.com<br>mjohnson@tktrial.com<br>aserko@tktrial.com<br>seattle.asbestos@tktrial.com.com<br>***Attorney for Defendants CBS Corporation and General Electric Company*** |
| George S. Pitcher<br>Rachel Tallon Reynolds<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Phone: (206) 436-2020<br>FAX #: (206) 436-2030<br>Email: Seattle-Asbestos@lewisbrisbois.com<br>***Attorneys for Union Carbide Corporation.*** | Richard G. Gawlowski<br>WILSON SMITH COCHRAN DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA  98164<br>Telephone: (206) 452-8976<br>Facsimile: (206) 623-9273<br>Email: MetLifeAsbestos@wscd.com<br>***Attorneys for Metropolitan Life Insurance Company*** |
| Laura E. Kruse<br>BETTS PATTERSON & MINES<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101-3927<br>Phone: 206-292-9988<br>Email: betts-asbestos@bpmlaw.com<br>***Attorneys for A.W. Chesterton Company*** | James Horne<br>Michael Ricketts<br>GORDON, THOMAS, HONEYWELL LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 676-7500<br>FAX #: (206) 676-7575<br>Email: IMOservice@gth-law.com<br>***Attorneys for IMO Industries, Inc.*** |

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 6

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

| | | |
|---|---|---|
| 1 | Barry N. Mesher | Rachel Tallon Reynolds |
|  | Law Offices of Barry N. Mesher LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | 1001 East 25th Street, Tacoma, WA 98421 | 1111 Third Avenue, Suite 2700 |
|  | Mailing: P.O. Box 8100 Tacoma, WA 98419 | Seattle, WA 98101 |
| 3 | (206) 412-3690 | Phone: (206) 436-2020 |
| 4 | Email: bnm@bnmesherlaw.com | FAX #: (206) 436-2030 |
|  | *Attorney for Defendant Crown Cork & Seal* | Email: Seattle-Asbestos@lewisbrisbois.com |
| 5 | *Company, Inc.* | *Attorneys for Crown Cork & Seal Company,* |
|  |  | *Inc.* |
| 6 |  |  |
|  | Ronald C. Gardner | Jeffrey M. Odom |
| 7 | GARDNER TRABOLSI & ASSOCIATES | Brian Zeringer |
|  | PLLC | Katie Bass |
| 8 | 2200 6th Avenue, Suite 600 | LANE POWELL PC |
|  | Seattle, WA 98121 | 1420 Fifth Avenue Suite 4200 |
| 9 | Phone: (206) 256 6309 | Seattle, WA 98111-9402 |
| 10 | FAX #: (206) 256 6318 | Phone: (206) 223-7000 |
|  | Email: rgardner@gandtlawfirm.com | FAX #: (206) 223-7107 |
| 11 | asbestos@gandtlawfirm.com | Email: odomj@lanepowell.com |
|  | *Attorneys for Goulds Pumps, Inc.; Occidental* | wackerbartht@lanepowell.com |
| 12 | *Chemical Corp.* | asbestos@lanepowell.com |
| 13 |  | *Attorneys for ABB, Inc.* |
|  |  |  |
| 14 | Mark B. Tuvim | Howard (Terry) Hall |
|  | Kevin J. Craig | Brian Smith |
| 15 | Trevor J. Mohr | Zackary Paal |
|  | GORDON & REES LLP | Melissa Roeder |
| 16 | 701 Fifth Avenue, Suite 2100 | FOLEY & MANSFIELD, PLLP |
| 17 | Seattle WA 98104 | 999 Third Avenue, Suite 3760 |
|  | Phone: (206) 695-5100 | Seattle, WA 98104 |
| 18 | FAX #: (206) 689-2822 | Phone: (206) 684-9462 |
|  | E-Mail: SEAAsbestos@gordonrees.com | FAX #: (206) 456-5361 |
| 19 | *Attorneys for Air & Liquid Systems* | Email: asbestos-sea@foleymansfield.com |
|  | *Corporation; Ingersoll Rand Company* | *Attorneys for Lone Star Industries, Inc.* |
| 20 |  |  |

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 7

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

| | | |
|---|---|---|
| 1 | Timothy K. Thorson<br>CARNEY BADLEY SPELLMAN | J. Scott Wood<br>Zackary A. Paal |
| 2 | 701 Fifth Avenue, Suite 3600 | Dirk R. Bernhardt |
| 3 | Seattle, WA 98104<br>Phone: (206) 622-8020 | FOLEY & MANSFIELD, PLLP<br>999 Third Avenue, Suite 3760 |
| 4 | FAX #: (206) 607-4282 | Seattle, WA 98104 |
| | Email: asbestos@carneylaw.com | Phone: (206) 456-5360 |
| 5 | *Attorneys for Cleaver-Brooks, Inc.* | FAX #: (206) 456-5361 |
| 6 | | Asbestos-sea@foleymansfield.com<br>*Attorneys for Plastics Engineering Company* |
| 7 | | *(PLENCO)* |
| 8 | J. Michael Mattingly | G. William Shaw |
| | Allen E. Eraut | Ryan J. Groshong |
| 9 | Shaun M. Morgan | K&L GATES |
| 10 | RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330 | 925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104 |
| 11 | Portland, OR  97201-3530 | Phone: (206) 623-7580 |
| | Phone: (503) 229-1819 | FAX #: (206) 623-7022 |
| 12 | FAX #: (503) 229-0630 | Email: se.asbestos@klgates.com |
| 13 | Email: asbestos@rizzopc.com<br>*Attorneys for Gould Electronics, Inc.; Zurn* | *Attorneys for Schneider Electric USA, Inc.* |
| 14 | *Industries, LLC* | |
| 15 | Marissa A. Alkhazov, WSBA 34278 | Jeanne F. Loftis |
| | Emily A. Albrecht, WSBA #47299 | BULLIVANT HOUSER BAILEY |
| 16 | BETTS, PATTERSON & MINES, P.S. | 888 SW Fifth Avenue, Suite 300 |
| 17 | One Convention Place<br>Suite 1400 | Portland, OR  97204-2089<br>Phone: (503) 228-6351 |
| | 701 Pike Street | FAX #: (503) 295-0915 |
| 18 | Seattle, Washington 98101-3927 | Email:  asbestos-pdx@bullivant.com |
| 19 | Phone: (206) 292-9988 | *Attorneys for Consolidated Electrical* |
| | Email:  betts-asbestos@bpmlaw.com | *Distributors, Inc.; Hardware Specialty Co.* |
| 20 | *Attorneys for Pfizer, Inc.* | |
| 21 | Katherine M. Steele | |
| 22 | Megan S. Cook<br>Aleksander R. Schilbach | |
| 23 | BULLIVANT HOUSER BAILEY PC<br>1700 Seventh Ave., Suite 1810 | |
| 24 | Seattle, WA. 98101<br>Phone: (206) 521-6438 | |
| 25 | FAX #:(206) 386-5130 | |
| | Email: Asbestos@bullivant.com | |
| 26 | *Attorneys for North Coast Electric Company* | |

| | |
|---|---|
| NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 8 | TANENBAUM KEALE, LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>206.889.5150 |

Signed at Seattle, Washington this 5th day of October, 2018.

                          s/Maria Tiegen
                          Maria Tiegen
                          Tanenbaum Keale, LLP
                          One Convention Place
                          701 Pike Street, Suite 1575
                          Seattle WA 98101
                          (206) 889-5150
                          Email:   mtiegen@tktrial.com

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 USC §§ 1331, 1442 (A)(1) AND 1446 (FEDERAL QUESTION) - 9

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150