Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WOECK, | No. 2:18-cv-1472-RSL |
| Plaintiff, | STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT |
| v. | |
| ABB, INC., et al., | King County Cause No. 18-2-19966-2 SEA |
| Defendants. | NOTED ON MOTION CALENDAR: OCTOBER 30, 2018 |

## STIPULATED MOTION

Plaintiff Michael Woeck (hereinafter, "Plaintiff") and Defendant CBS Corporation, by and through their counsel of record, stipulate to remand this case back to State Court, with each party bearing its own costs and fees, given the resolution of all claims between the Plaintiff and CBS Corporation.

DATED this 30th day of October 2018.

BERGMAN DRAPER OSLUND, PLLC

s/Matthew P. Bergman
Matthew P. Bergman, WSBA #20894
Attorneys for Plaintiff

DATED this 30th day of October 2018.

TANENBAUM KEALE LLP

s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
Attorneys for CBS Corporation

STIPULATED MOTION AND ORDER TO
REMAND CASE TO STATE COURT - 1
(2:18-cv-1472-RSL)

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150

# ORDER TO REMAND

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant CBS Corporation to remand this case back to State Court, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

This case is remanded back to State Court: King County Cause No. 18-2-19966-2 SEA

DATED: Nov. 1, 2018

_____
THE HONORABLE ROBERT S. LASNIK

PRESENTED BY:

TANENBAUM KEALE LLP

s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
Attorneys for CBS Corporation

APPROVED BY:

BERGMAN DRAPER OSLUND, PLLC

s/Matthew P. Bergman
Matthew P. Bergman, WSBA #20894
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO
REMAND CASE TO STATE COURT - 2
(2:18-cv-1472-RSL)

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
206.889.5150